IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
4:35 P. m.
3/24/2008
Bill Coulty
Deputy Clerk

UNITED STATES OF AMERICA      )
                              )
        v.                    )      CR 107-142
                              )
TEKEIL DARRIS LEE             )

---

**O R D E R**

---

In the criminal case, Defendant Tekeil Darris Lee appeared before the United States Magistrate Judge on March 21, 2008, for the purpose of entering a guilty plea. Defendant consented to this proceeding in writing, with the plea subject to this Court's final approval. The Magistrate Judge entered a Report and Recommendation in which he recommends that the guilty plea be accepted. On March 24, 2008, Defendant appeared before the undersigned, and he reaffirmed his guilt and his desire to enter a guilty plea.

Upon a careful de novo review of the record in this case and having discussed the matter with Defendant on March 24th, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge (doc. no. 87) is **ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted as to Count Two of the indictment in this case. Upon review of the presentence investigation report, sentence will be imposed,

and a final judgment of guilty shall thereafter be entered against Defendant.

Moreover, this Court heard from the defense on his motion to be released on bond pending sentencing on March 24th. Upon due consideration, this motion (doc. no. 89) is hereby **DENIED**. Defendant shall remain in the custody of the United States Marshals Service pending sentencing, which shall be imposed in due course.

SO ORDERED this 24th day of March 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE